UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:10-bk-5140
Chapter 13

In Re:
Robert E. Smith and
Cynthia M. Smith
       Debtor(s)
_____/

## MOTION TO MODIFY CONFIRMED PLAN

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32202, and serve a copy on LaBella Law, P.L. 1665 Kingsley Avenue, Orange Park, Florida 32073; Douglas Neway, Chapter 13 Trustee, P.O. Box 4308, Jacksonville, FL 32201; and U.S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, FL 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

### MOTION TO MODIFY CONFIRMED PLAN

    COMES NOW, Debtor(s), Robert E. Smith and Cynthia M. Smith, by and through the undersigned attorney who file this Motion to Modify Confirmed Plan pursuant to 11 U.S.C. §1329 and states as follows:

1. The Plan was confirmed on March 22, 2011.

2. Debtor, Robert E. Smith, was terminated from his employment at National Technical Association, Inc. on October 31, 2011. Debtors have regular income through annuities, however, and can continue in Chapter 13.

3. Therefore, the Debtors move this Court pursuant to §1329 of the Bankruptcy Code and Rule 3015 for leave to amend the Chapter 13 plan as follows:

    a. The Debtors shall pay to the Trustee the sum of $1914.40 per month beginning on November 15, 2011 for months seventeen through sixty (17-60).

    b. The Trustee shall continue to make regular monthly payments to Wells Fargo Financial and Ford Motor Credit at the same rate.

    c. Unsecured creditors payments shall be reduced to 18%.

4. All of the Debtors' disposable will be contributed to the Modified Plan.

Wherefore, Debtor(s) pray for an Order to Modify the Chapter 13 Plan to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Dated this 3rd day of November, 2011.

    /s/ John J. Freeman
    John J. Freeman
    Florida Bar #58618
    LaBella Law, P.L.
    1665 Kingsley Avenue, Suite 108
    Orange Park, Florida 32073
    Phone: (904) 541-1643
    Fax: (904) 541-1676
    Attorney for Debtor(s)

**CERTIFICATE OF SERVICE**

I hereby certify that on **November 4, 2011** a copy of the **Motion to Modify Confirmed Plan** and **Modified Chapter 13 Plan** was served electronically or by regular United States mail to the Trustee and to the creditor care of its agent, at his dwelling house, usual place of abode, or place where he regularly conducts his business or profession listed on attached Exhibit "A."

    /s/ John J. Freeman
    John J. Freeman
    Attorney for Debtor(s)